IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

      Plaintiff,

v.                        Case No. 4:18cv80-MW/CAS

GADSDEN COUNTY SCHOOLS
and GADSDEN COUNTY HIGH SCHOOL,

      Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 5, is **DISMISSED** for failure to state a claim upon which relief may be granted. Plaintiff's motions for appointment of counsel and jury trial, ECF Nos. 8 and 9 (duplicate of no. 8) are **DENIED**." The Clerk shall close the file.

**SO ORDERED** on July 11, 2018.

                                            s/ **MARK E. WALKER**
                                            **Chief United States District Judge**